NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| IN RE: MAJESCO SECURITIES LITIGATION | : : : : : : : : : : : | Civil Action No.  05-cv-3557 (PGS)<br><br>**ORDER** |

**SHERIDAN,  U.S.D.J.**

This matter comes before this Court on four motions to dismiss for failure to state a claim

or, alternatively, to plead with particularity, by several categories of defendants including the

underwriters, outside directors, accountants, and the company and its officers.  Having considered

the parties' briefs and supporting papers, and for the reasons set forth in the accompanying opinion;

and for good cause shown

IT IS on this 29TH day of September, 2006;

**ORDERED** that Defendants RBC Capital Markets Corp., JMP Securities, Harris Nesbitt

Corp. and Wedbush Morgan Securities, Inc.'s motion to dismiss be and is hereby Denied; and it is

further

**ORDERED** that Defendants Aronson, Arneo, Halpin, Lipschitz and Weisman's motion to

dismiss be and is hereby Denied; and it is further

**ORDERED** that Defendant Goldstein, Golub, Kessler, LLP's motion to dismiss be and is

hereby Denied; and it is further

**ORDERED** that Defendants Majesco Entertainment Company, Carl Yankowski, Jane E.

Chasen, Jesse Sutton, Joseph Sutton and Morris Sutton's motion to dismiss be and is hereby Denied.

September 29, 2006

PETER G. SHERIDAN, U.S.D.J.