

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

April 9, 2008

**VIA E-FILING AND UPS**

*(handwritten: 4/9/08 — So Ordered Peter M Sheridan Nov 10, 2008 at 10 AM. No further adjournments)*

The Honorable Peter G. Sheridan
United States District Court Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     ***In re Majesco Securities Litigation, et al. (05cv3557)***

Dear Judge Sheridan:

      I write to request that the Final Approval Hearing Date – currently scheduled for September 26, 2008 – be rescheduled to a date on or after November 10, 2008. Plaintiffs request this change for the following reasons:

      A significant portion of the settlement consideration is in the form of Majesco common stock. Under the terms of the Stipulation, the stock consideration has a guaranteed value of $2,475,000 through the date of the Final Approval Hearing.[1] Therefore, in order to make certain to the fullest extent possible that the stock value is guaranteed, we would like to make certain that by the time of the Final Approval Hearing, we shall be ready to distribute the settlement proceeds.

---

[1] If the stock price is below a certain price during the valuation period which is tied to the Final Approval Hearing, Majesco must issue more stock so that the stock issued has a value of $2,475,000.00.

Case 2:05-cv-03557-PGS-ES     Document 102     Filed 04/09/2008     Page 2 of 2

The Honorable Peter G. Sheridan
April 9, 2008
Page 2


      The claims administrator has indicated that it cannot complete the claims processing by September 26. It states that 210 days are required to process claims of the settlement class members. Therefore, if the Final Approval Hearing were to occur on September 26 and the claims processing were not complete until November 10, there would be nearly a two month period when there was no guarantee with respect to the stock value, and the settlement class would bear the risk of a decline in the price of Majesco stock. Therefore, the extension is in the best interest of the settlement class. The extension would provide the claims administrator sufficient time to process the claims and allow distribution of the stock consideration to settlement class members as soon as practicable after the judgment in this action is final.

      Because of the stock guarantee issue, Section II.F of the Stipulation of Settlement dated September 27, 2007 (the "Stipulation") (Exhibit A to the Declaration of Donald R. Hall dated March 25, 2008) provides that Lead Counsel shall have sole discretion to recommend a Final Settlement Approval Hearing date to the Court.

Respectfully submitted,

/s Lisa J. Rodriguez

Lisa J. Rodriguez

cc:    All Counsel

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08022
(856) 795-9002

**Attorney for Lead Plaintiffs Diker Management, LLC,**
**Diker Micro and Small Cap Fund LP,**
**Diker M&S Cap Master LTD, Diker Micro-Value Fund LP**
**and Diker Micro Value QP Fund LP ("Diker")**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: MAJESCO SECURITIES LITIGATION | Case No. 2:05-cv-03557- PGS-ES |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served a copy of the enclosed letter to The

Honorable Peter G. Sheridan on the attached sheet via Electronic Court Filing and UPS

Overnight Mail:

Dated: April 9, 2008          By:    /s Lisa J. Rodriguez
                                   Lisa J. Rodriguez

## DISTRIBUTION LIST

**Via E-filing**
PATRICK LOUIS ROCCO
SHALOV STONE & BONNER LLP
163 MADISON AVENUE
P.O. BOX 1277
MORRISTOWN, NJ 07962-1277

JOSEPH J. DEPALMA
LITE, DEPALMA, GREENBERG &
RIVAS, LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

LEONARD BARRACK
JEFFREY A. BARRACK
REGINA M. CALCATERRA
ROBERT A. HOFFMAN
BARRACK, RODOS & BACINE, ESQS.
3300 TWO COMMERCE SQUARE
2001 MARKET STREET
PHILADELPHIA, PA 19103

DOUGLAS CAPUDER
JOSEPH D. GIACOIA
CAPUDER FAZIO GIACOIA LLP
90 BROAD STREET
NEW YORK, NY 10004-2627

LAWRENCE M. ROLNICK
MARCELA A. KIRBERGER
SALLY J. MULLIGAN
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1791

JAMES C. SHAH
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909

**Via E-filing (cont'd.)**
ROBERT A. HOFFMAN
BETH R. TARGAN
BARRACK, RODOS & BACINE
49 BRIDGE STREET
LAMBERTVILLE, NJ 08530

RICHARD T. MAROONEY JR.
RICHARD A. CIRILLO
LAILA ABOU-RAHME
KING & SPALDING LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-4003

GREGORY A. MARKEL
RONIT SETTON
CADWALADER, WICKERSHAM &
 TAFT, LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

PAUL F. CARVELLI
MCCUSKER, ANSELMI, ROSEN,
CARVELLI & WALSH, P.C.
127 MAIN STREET
CHATHAM, NJ 07928

**Via UPS**
JEFFREY J. GREENBAUM
A. ROSS PEARLSON
STEVEN R. ROWLAND
SILLS CUMMIS EPSTEIN & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400

JOHN A. NEUWIRTH, ESQUIRE
JOSEPH S. ALLERHAND, ESQUIRE
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

CHITWOOD HARLEY HARNES, LLP
MARTIN D. CHITWOOD
DAVID A. BAIN
1230 PEACHTREE STREET, NE
2300 PROMENADE II
ATLANTA, GA 30309