

**TRUJILLO**
**RODRIGUEZ &**
**RICHARDS, LLC**
A Pennsylvania Limited Liability Company
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

SO ORDERED: Peter Mslunde
DATED: 10/20/08

October 17, 2008

**VIA FAX**
The Honorable Peter G. Sheridan
United States District Court Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: *In re Majesco Securities Litigation, et al.* (05cv3557)

Dear Judge Sheridan:

  Plaintiffs' Memorandum in Support of Final Approval is due to be filed on Monday, October 20, 2008. A significant portion of the settlement consideration is in the form of Majesco common stock. Under the terms of the Stipulation of Settlement, the stock consideration has a guaranteed value of $2,475,000 through the date of the Final Approval Hearing. However, recent market conditions have impacted the value of Majesco stock. We are in the process of negotiating adjustments to the Stipulation. In that regard we request an additional week to submit our papers in support of final approval.

  Thank you.

                Respectfully submitted,

                Lisa J. Rodriguez

cc: All Counsel (via email)