Gregory A. Markel
Ronit Setton
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, NY 10281
Tel: 212-504-6000
Fax: 212-504-6666

-and-

Lawrence M. Rolnick
Sally J. Mulligan
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973-597-2500
Fax: 973-597-2400

*Attorneys for Defendants Majesco Entertainment
Company, Morris Sutton, Jesse Sutton, Joseph Sutton,
Carl Yankowski and Jan Chason*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MAJESCO SECURITIES LITIGATION, | Case No.: 2:05-cv-03557-PGS-ES <br><br> **ORDER** |

THIS MATTER having come before the Court by way of a conference held with counsel on December 2, 2008, and for good cause shown,

IT IS this ___9___ day of __December__, 2008 **ORDERED** as follows:

1. The return date of the motion for final approval of the class action settlement is adjourned until January 12, 2009 at 10:00 a.m. At that time, the Court

will either conduct a hearing on final approval of the settlement or hold a status conference, as circumstances dictate.

2. By no later than December 9, 2008, and subject to paragraph 3 hereof, Defendant Majesco Entertainment Company shall provide the following documents to Kaplan Fox & Kilsheimer LLP:

(a) A brief summary of fourth quarter performance and liquidity position;

(b) A forecasted, preliminary, unaudited profit and loss statement for its fiscal quarter and year ended October 31, 2008;

(c) A forecasted, preliminary unaudited balance sheet as of October 31, 2008;

(d) Due from factor and analysis of accounts receivable as of October 31, 2008;

(e) List of significant payments made from November 1 through November 15, 2008.

3. All documents provided pursuant to paragraph 2 hereof, which constitute non-public financial information, are for ATTORNEYS EYES ONLY. The only persons who shall be permitted to review or have access to said documents are (a) attorneys and staff of Kaplan Fox & Kilsheimer LLP and Trujillo Rodriguez & Richards LLC who actively work on this matter, and (b) Hugh Lamle, a consultant to Kaplan Fox & Kilsheimer LLP. The documents provided shall not be disclosed or shown to any other person without Majesco's consent or further order of the Court. Further, the documents provided shall be used only in connection with settlement discussions in this case, as it is presently pending between the parties, and not for any business, commercial, or other purpose.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

12-9-08