## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Majesco Securities Litigation | CASE NO. 2:05-cv-03557-PGS-ES |

*(pgs)*

## [~~PROPOSED~~] ORDER AUTHORIZING DISBURSEMENT OF THE NET SETTLEMENT FUND

Upon consideration of the Lead Plaintiffs' Unopposed Motion for an Order Authorizing Disbursement of the Net Settlement Fund, and the Declaration of John R. Davis dated March 25, 2009 ("Davis Declaration"), and good cause appearing, the Court has determined that:

1.   The determinations made by the claims administrator of the Settlement, RG/2 Claims Administration LLC ("RG/2"), concerning the acceptance or rejection of claims, RG/2's guidelines and methodology for approving claims, calculating Recognized Claims under the Plan of Distribution previously approved by the Court pursuant to the Order Approving Plan of Distribution of Settlement Proceeds dated February 23, 2009 (Docket No. 124), are appropriate and shall be applied.

2.   Disbursements from the Net Settlement Fund to members of the Class who filed valid claims listed in Exhibits F and G of the Davis Declaration ("Authorized Claimants"), shall be made as set forth in the Plan of Distribution previously approved by the Court (Docket No. 124).

3.     RG/2 shall be paid $9,500 as final payment for its fees and expenses.  This includes all fees and expenses incurred, or to be incurred, in connection with this distribution of the Settlement.

DATED: ~~March~~ April 23, 2009
            NEWARK, NEW JERSEY

_____
THE HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT COURT JUDGE